IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAPERVILLE DENTAL SPECIALISTS AND GENERAL ORAL HEALTH CARE, P.C., INNOVATIVE ORTHODONTIC CENTERS, P.C., INNOVATIVE PEDIATRIC DENTISTRY, LLC, IMPACT DENTAL LABORATORY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANIES, THE CINCINNATI INSURANCE COMPANY, THE CINCINNATI INDEMNITY COMPANY, THE CINCINNATI CASUALTY COMPANY and THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY<br><br>Defendants. | Case No.: 1:21-cv-004671 |

**THE CINCINNATI INSURANCE COMPANY'S OPPOSED
MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE
AND ENTRY OF JUDGMENT AGAINST PLAINTIFFS**

Defendant, The Cincinnati Insurance Company ("Cincinnati"), by and through its counsel, hereby moves this Honorable Court for entry of an Order dismissing this litigation with prejudice and entry of judgment in Cincinnati's favor against Plaintiffs. In support of this motion, Cincinnati states as follows:

1. On August 25, 2022, this Court entered an Order granting Cincinnati's Motion to Dismiss as to all causes of action asserted by Plaintiffs, but allowing Plaintiffs' leave to file an amended complaint within 21 days of that Order. (See Doc. #30).

2. Pursuant to the Court's August 25, 2022 Order, if Plaintiffs were to file an amended complaint, they were required to do so on or by September 15, 2022. *Id.*

3. Plaintiffs did not file an amended complaint on or by September 15, 2022 or at any other time.

4. Accordingly, as all issues and causes of action in this case have been concluded in Cincinnati's favor and without further action by Plaintiffs, Cincinnati requests that the Court enter an Order dismissing this case in its entirety with prejudice and that the Court enter judgment for Cincinnati against the Plaintiffs.

5. Counsel for Cincinnati contacted counsel for Plaintiffs regarding this motion on November 15, 2022 and November 29, 2022 regarding Plaintiffs position on the motion and the relief requested by Cincinnati.

6. Plaintiffs' counsel has not provided Plaintiffs' position or any explanation why this motion should not be granted. Nevertheless, as Plaintiffs' counsel has not consented to the motion, Cincinnati has filed it as an opposed motion.

WHEREFORE, Cincinnati respectfully requests that the Court grant Cincinnati's motion, enter an Order dismissing this case with prejudice, and enter judgment in Cincinnati's favor against the Plaintiffs.

Dated: December 2, 2022

Respectfully submitted by:

/s/Brian M. Reid
Brian M. Reid
Litchfield Cavo LLP
303 W. Madison, Suite 300
Chicago, IL 60606
Tel.: (312) 781-6617
Fax: (312) 781-6630
Reid@LitchfieldCavo.com
*Attorneys for Defendant The Cincinnati Insurance Company*

## CERTIFICATE OF SERVICE

I, Brian M. Reid, hereby certify that on December 2, 2022, I caused the foregoing to be served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Brian M. Reid